Aidin D. Ghavimi (State Bar No. 305808)
*aidin@starpointlaw.com*
Benjamin D. Weisenberg (State Bar No. 322137)
*ben@starpointlaw.com*
STARPOINT, LC
15233 Ventura Boulevard, Suite PH16
Sherman Oaks, CA 91403
T: (310) 424-9971
F: (424) 255-4035
*service@starpointlaw.com*

*Attorneys for Plaintiff,*
CHRISTINA GRIFFIN

Kim Carter, Bar No. 283212
kicarter@littler.com
Jennifer B. Solano, Bar No. 341077
jsolano@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
PENSKE LOGISTICS, LLC

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GRIFFIN, | Case No.:    2:26-cv-00052-DJC-SCR |
| Plaintiff, | |
| v. | *Assigned for All Purposes to the Hon. Daniel J. Calabretta* |
| PENSKE LOGISTICS, LLC, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

1

ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the joint stipulation of the parties and good cause appearing, the action is dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a), and with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.


Dated:  March 2, 2026                              /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL WITH PREJUDICE